# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

CURTIS NEWTON

**WARRANT FOR ARREST**

CASE NUMBER: 00-6311-CR-HUCK MAGISTRATE JUDGE BROWN

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CURTIS NEWTON__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Narcotics importation conspiracy; narcotics distribution conspiracy; drug importation; and possession with intent to distribute

in violation of Title 21 United States Code, Section(s) __841, 846, 952, 963__
in violation of Title 18 United States Code, Section(s) _____

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

10/31/00   FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $__500,000 CORP. SURETY BOND W/NEBBIA__ by

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest