UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ___00-6311-HUCK___

UNITED STATES OF AMERICA,

vs.

CLARENCE LARK   ET AL.

_____

FILED by _____ D.C.
MAG. SEC.

NOV ~ 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

     This cause came before the Court and pursuant to proceedings

held, it is thereupon

     ORDERED AND ADJUDGED as follows:

PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANTS, THIS CASE IS HEREBY UNSEALED.

     DONE AND ORDERED at Miami, Florida this ___6TH___ day of
___NOVEMBER___, 2000.

TAPE NO: 00C- 78 -1840
     78 -2320

                             _____
                             UNITED STATES MAGISTRATE JUDGE
                             BARRY L. GARBER

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal
formblan.kor

13|2