# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
Plaintiff )
-vs- )
Curtis Newton )
Defendant

CASE NUMBER: CR 00-6311-CR
HUCK

REPORT COMMENCING CRIMINAL ACTION

66562-004

*************************************************************

TO: CLERK'S OFFICE U.S. DISTRICT COURT — MIAMI (circled) — FT. LAUDERDALE — W. PALM BEACH (circle one)

FILED by [illegible] D.C. MAG. SEC.
NOV - 6 2000
CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. MIAMI

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

*************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 0700 /11/4/00 a.m./p.m.

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: 21 USC 846, Cocaine Smuggling

(4) UNITED STATES CITIZEN: (✓) YES ( ) NO ( ) UNKNOWN

(5) DATE OF BIRTH: 11/14/45

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[✓] INDICTMENT [ ] COMPLAINT CASE #________
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: ________
COPY OF WARRANT LEFT WITH BOOKING OFFICER? [✓] YES [ ] NO

AMOUNT OF BOND: $________ WHO SET BOND? ________

(7) REMARKS: ________

(8) DATE: 11/4/00 (9) ARRESTING OFFICER James Hout

(10) AGENCY USCS (11) PHONE # 954-356-7238 x137

(12) COMMENTS ________

33

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

CURTIS NEWTON

## WARRANT FOR ARREST

CASE NUMBER: 00-6311

CR - HUCK MAGISTRATE JUDGE BROWN

TO: **The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest CURTIS NEWTON
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Narcotics importation conspiracy; narcotics distribution conspiracy; drug importation; and possession with intent to distribute

in violation of Title 21 United States Code, Section(s) 841, 846, 952, 963
in violation of Title 18 United States Code, Section(s) ______

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

10/31/00 FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $500,000 CORP. SURETY BOND W/NEBBIA by BARRY S. SELTZER UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| | INFORMATION COPY ONLY | INFORMATION COPY ONLY |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER<br>MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL | SIGNATURE OF ARRESTING OFFICER<br>MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL |
| DATE OF ARREST | | |

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CURTIS NEWTON

## WARRANT FOR ARREST

CASE NUMBER: 00-6311

CR - HUCK MAGISTRATE JUDGE BROWN

FILED BY D.C.
00 OCT 31 PM 3:10
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CURTIS NEWTON

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Narcotics importation conspiracy; narcotics distribution conspiracy; drug importation; and possession with intent to distribute

in violation of Title 21 United States Code, Section(s) 841, 846, 952, 963
in violation of Title 18 United States Code, Section(s) ______

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

[signature]
Signature of Issuing Officer

10/31/00 FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $500,000 CORP. SURETY BOND W/NEBBIA by BARRY S. SELTZER UNITED STATES MAGISTRATE JUDGE [signature]
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at ______

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |