# United States District Court

SOUTHERN DISTRICT OF FLORIDA  520486

RECEIVED
UNITED STATES MARSHAL
2000 OCT 31 PM 4:05
SOUTHERN DISTRICT OF FLORIDA
FT. LAUD. OFFICE

UNITED STATES OF AMERICA

V.

CURTIS NEWTON

**WARRANT FOR ARREST**

CASE NUMBER: 00-6311

CR - HUCK

MAGISTRATE JUDGE BROWN

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **CURTIS NEWTON**
                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Narcotics importation conspiracy; narcotics distribution conspiracy; drug importation; and possession with intent to distribute

in violation of Title 21 United States Code, Section(s) 841, 846, 952, 963
in violation of Title 18 United States Code, Section(s) _____

CLARENCE MADDOX                              COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                       Title of Issuing Officer

*Jenny Butler* (signature)                    10/31/00   FORT LAUDERDALE, FLORIDA
Signature of Issuing Officer                  Date and Location

                                              BARRY S. SELTZER (signature)
Bail fixed at $500,000 CORP. SURETY BOND W/NEBBIA  by UNITED STATES MAGISTRATE JUDGE
                                              Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at
Miami, FL

| DATE RECEIVED 10/31/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 11/5/00 | | |

AO 442 (Rev. 12/85) Warrant for Arrest