UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA

v.

CURTIS NEWTON

**STIPULATED**
**ORDER ON BOND MOTION**

This Cause came before the Court upon motion **STIPULATED** of the (defendant)(government) to ~~(reduce)(increase)(modify)~~ **set** the bond. Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:
___ The motion is **denied**; bond remains at _____
___ The motion is **granted**; bond is set at: (CO-SIGNED by wife, son, daughter)
✓ Personal Surety, unsecured, in the amount of $200,000
___ Personal Surety in the amount of $_____
    with 10% posted with Clerk of Court.
___ Personal Surety in the amount of $_____
    secured by the following collateral: _____
___ Full Cash in the amount of $_____
✓ Corporate Surety in the amount of $40,000
___ Full Cash or Corporate Surety in the amount of $_____

In addition to the standard conditions of bond, the following special conditions are hereby imposed:

✓ Surrender all passports & travel documents to Pretrial Services.
✓ Report to Pretrial Services as follows: 2 weekly in person; 2 weekly by phone. Remain SDFL
___ Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
✓ Maintain or actively seek full-time employment.
___ Maintain or begin an educational program.
___ Avoid all contact with victims of or witnesses to the crimes charged.
✓ Refrain from possessing a firearm, destructive device or other dangerous weapon.
___ Comply with the following additional special conditions of this bond:

~~NONE OF SIGNATORIES MAY SELL, PLEDGE, MORTGAGE, HYPOTHECATE, ENCUMBER, ETC. ANY PROPERTY THEY OWN, REAL OR PERSONAL, UNTIL BOND(S) ARE DISCHARGED~~

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is:_____

DONE AND ORDERED at Miami, Florida this 7th day of Nov, 2000.

TAPE NO.00C- 78-2850

c: AUSA, Defense, Pretrial Svcs, Marshal

UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

FILED BY ___ D.C.
2000 NOV 10 PM 2:28
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA