FILED BY_____

2000 DEC 11 PM 4:14

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
D.C.
CASE NO. 00-6311-CR-Huck

UNITED STATES OF AMERICA

v.                                    :        ORDER ON HEARING TO
                                               REPORT RE COUNSEL
Curtis Newton                         :

_____

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel_____
        appeared in open court and is noted as permanent
        counsel of record.

_____ The defendant requested Court appointed counsel, was
        found eligible, and counsel will be appointed by
        separate order

_____ The defendant requested Court appointed counsel but
        was found ineligible, and shall appear before the
        Court on _____
        at 10:00 a.m. to report regarding his/her further
        efforts to retain counsel, unless counsel notices
        a permanent appearance before that date.

___✓___ The defendant requested further time to retain
        counsel and shall appear before the Court on
        December 15, 2000 at 10:00 a.m. to report
        regarding his/her further efforts to retain counsel,
        unless counsel notices a permanent appearance before
        that date. Arraignment is also reset for 12-15-00.

DONE AND ORDERED at Miami, Florida this ___11th___ day of ___December, 2000.___

TAPE NO. 00G 95-93

c:

_____
UNITED STATES MAGISTRATE JUDGE
WILLIAM C. TURNOFF