FILED BY _____
2000 DEC 15 PM 4:01
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6311-cr-Huck

UNITED STATES OF AMERICA

**ARRAIGNMENT INFORMATION SHEET**

vs.

Curtis Newton
                Defendant.
_____/

Jail No : _____

Language: English

The above-named Defendant appeared before **Magistrate Judge** TURNOFF, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:      Address: ON BOND FORM

                Tel. No: _____

Defense Counsel: Name : William J. Cone, Jr.
                Address: 514 SE 7 Ct.
                         Ft. Lauderdale, FL 33301
                Tel. No: (954) 764-0570

Bond Set/Continued:   $150,000 PS

Dated this 15 day of ~~JUNE~~ , 2000.

CLARENCE MADDOX, COURT ADMINISTRATOR

BY PATRICIA MITCHELL
        Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO. 00G 101-38
DIGITAL START NO. _____

