

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6311-CR-HUCK
21 U.S.C. 963
21 U.S.C. 952
21 U.S.C. 846
21 U.S.C. 843 (b)
21 U.S.C. 841
18 U.S.C. 1962
18 U.S.C. 1957
18 U.S.C. 1956
18 U.S.C. 2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**CLARENCE LARK**
**LARRY CRENSHAW,**
**WILLIAM GARCIA,**
**CURTIS NEWTON,**
**JOHN GALLO,**
**RICARDO MCHORNE**
**CHARLIE HALL,**
**KEITH LAMPKIN, and**
**LAWRENCE SEYMORE,**

      Defendants.

MAGISTRATE JUDGE BROWN

**NOTICE OF PERMANENT**
**APPEARANCE AS COUNSEL**
**OF RECORD**

    **COMES NOW WILLIAM J. CONE, JR.,** and files this appearance as counsel for the above named defendant, **CURTIS NEWTON.** Counsel agrees to represent the defendant for all proceedings arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

    Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

-1-



Counsel acknowledges responsibility to advise the defendant of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant, and to pursue that appeal unless relieved by Court Order.

DATED: 12/14/00

_____
WILLIAM J. CONE, JR., ESQUIRE
514 SOUTHEAST SEVENTH STREET
FORT LAUDERDALE, FLORIDA 33301
PHONE:(954) 764-0570
FLA. BAR NO.: 321516

The undersigned defendant hereby consent to the representation of the above counsel.

_____

-2-