UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6311-CR-HUCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**: | | 21 U.S.C. 963 |
| | | 21 U.S.C. 952 |
| Plaintiff, | : | 21 U.S.C. 846 |
| v. | | 21 U.S.C. 843 (b) |
| | : | 21 U.S.C. 841 |
| **CLARENCE LARK** | | 18 U.S.C. 1962 |
| **LARRY CRENSHAW,** | : | 18 U.S.C. 1957 |
| **WILLIAM GARCIA,** | | 18 U.S.C. 1956 |
| **CURTIS NEWTON,** | : | 18 U.S.C. 2 |
| **JOHN GALLO,** | | |
| **RICARDO MCHORNE** | : | |
| **CHARLIE HALL,** | | MAGISTRATE JUDGE BROWN |
| **KEITH LAMPKIN, and** | | |
| **LAWRENCE SEYMORE,** | : | |

**DEFENDANT CURTIS NEWTON'S
NOTICE OF WAIVER OF SPEEDY TRIAL**

Defendants. :

---

Defendant **CURTIS NEWTON** hereby notices all involved that he hereby waives his rights under the Speedy Trial Act.

_____
**CURTIS NEWTON**

Respectfully Submitted:

_____
**WILLIAM J. CONE, JR., ESQUIRE**
Attorney for Defendant Curtis Newton
514 Southeast Seventh Street
Fort Lauderdale, Florida 33301
Phone: (954) 764-0570
Fla. Bar No.: 321516

-1-

IN COMPLIANCE OF S.D. fla. L.R. 5.1A1-



## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and accurate copy of the foregoing was mailed to the individuals listed on the attached Service List on this 10th day of January, 2001.

*William Cone* (signature)

WILLIAM J. CONE, JR., ESQUIRE

## SERVICE LIST

### United States v. Curtis Newton, et al
### Case Number 00-6311-CR-HUCK

Michael J. Dittos, Esq.
United States Attorney's Office
7th Floor
500 East Broward Boulevard
Fort Lauderdale, Florida 33394

Paul D. Lazarus, Esquire
Paul D. Lazarus, P.A.
Penthouse Two
800 Brickell Avenue
Miami, Florida 33131

Donald I. Bierman
Bierman, Shohat, Loewy & Klein, P.A.
Penthouse Two
800 Brickell Avenue
Miami, Florida 33131

Guy Spiegleman, Esq.
Suite 400
28 West Flagler Street
Miami, Florida 33131

Reemberto Diaz, Esquire
1435 South Miami Avenue
Miami, Florida 33130

Larry Hanfield, Esquire
Suite 1130
4700 Biscayne Boulevard
Miami, Florida 33137

James D. Henderson, Esquire
Suite 1130
12121 Wilshire Boulevard
Los Angeles, California 90025

Martin R. Raskin, Esquire
Suite 206, Grove Forest Plaza
2937 Southwest 27th Avenue
Miami, Florida 33133

Steve Kassner, Esquire
Suite 303
815 Ponce de Leon Boulevard
Coral Gables, Florida 33134

Lehr & Gasalla, P.A.
Attorneys for Defendant Seymore
1401 Brickell Avenue, Suite 810
Miami, Florida 33131