UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6311-CR-HUCK

**UNITED STATES OF AMERICA:**

MAGISTRATE JUDGE BROWN

Plaintiff, :

v.

:

**CURTIS NEWTON, et al,** :

Defendants. :

## DEFENDANT, CURTIS NEWTON'S MOTION
## TO ADOPT MOTIONS FILED BY CO-DEFENDANTS

**COMES NOW,** the Defendant, **CURTIS NEWTON,** by and through undersigned counsel, and moves this Honorable Court for an Order allowing him to adopt all motions made, arguments raised, and authorities cited in support of those motions and arguments, that are applicable to Mr. Newton and are not adverse to his position in these proceedings. Specifically but not limited to the following:

**KEITH LAMPKIN'S MOTION TO DISMISS INDICTMENT TO IMPROPER JOINDER AND DUPLICITY UNDER CRIM.R.8;**

**KEITH LAMPKIN'S MOTION TO COMPEL GOVERNMENT TO PRODUCE STATEMENTS GIVEN BY COOPERATING WITNESSES IN PRE-SENTENCE-INVESTIGATION REPORT;**

**CLARENCE LARK'S MOTION TO STRIKE SURPLUSAGE AND MEMORANDUM OF LAW AND FACT IN SUPPORT THEREOF;**

**RICARDO McHORNE'S MOTION FOR DISCOVERY UNDER FED.R. CRIM. P., RULE 16;**

-1-

RICARDO McHORNE'S MOTION FOR DISCOVERY;

RICARDO McHORNE'S MOTION FOR SEVERANCE AS THE INDICTMENT CONTAINS PREJUDICIAL JOINDER;

RICARDO McHORNE'S MOTION FOR SEVERANCE OF DEFENDANTS.

This motion is made in the interest of brevity and judicial economy. Granting this motion will result in saving time for the Court and the Court's staff, in receiving, reviewing and ruling on the motions, as well as reducing the amount of papers being filed and the amount of space required to file them.

The undersigned counsel certifies that he has conferred with Assistant U.S. Attorney, **MICHAEL DITTOE** and opposing counsel, in a good faith effort to resolve by agreement the subject matter of this Motion.

RESPECTFULLY SUBMITTED:

_____
WILLIAM J. CONE, JR., ESQUIRE
514 S.E. 7TH STREET
Fort Lauderdale, Florida 33301
Phone: (954) 7674-0570
Fla. Bar No.: 321516

CERTIFICATE OF SERVICE

I CERTIFY that a true and accurate copy of the foregoing was mailed to the individuals listed on the attached Service List on this 21st day of February, 2001

_____
WILLIAM J. CONE, JR., ESQUIRE

## SERVICE LIST

### United States v. Curtis Newton, et al
### Case Number 00-6311-CR-HUCK

Michael J. Dittos, Esq.  
United States Attorney's Office  
7th Floor  
500 East Broward Boulevard  
Fort Lauderdale, Florida 33394  

Paul D. Lazarus, Esquire  
Paul D. Lazarus, P.A.  
Penthouse Two  
800 Brickell Avenue  
Miami, Florida 33131  

Donald I. Bierman  
Bierman, Shohat, Loewy & Klein, P.A.  
Penthouse Two  
800 Brickell Avenue  
Miami, Florida 33131  

Guy Spiegleman, Esq.  
Suite 400  
28 West Flagler Street  
Miami, Florida 33131  

Reemberto Diaz, Esquire  
1435 South Miami Avenue  
Miami, Florida 33130  

Larry Hanfield, Esquire  
Suite 1130  
4700 Biscayne Boulevard  
Miami, Florida 33137  

James D. Henderson, Esquire  
Suite 1130  
12121 Wilshire Boulevard  
Los Angeles, California 90025  

Martin R. Raskin, Esquire  
Suite 206, Grove Forest Plaza  
2937 Southwest 27th Avenue  
Miami, Florida 33133  

Steve Kassner, Esquire  
Suite 303  
815 Ponce de Leon Boulevard  
Coral Gables, Florida 33134  

Lehr & Gasalla, P.A.  
Attorneys for Defendant Seymore  
1401 Brickell Avenue, Suite 810  
Miami, Florida 33131