UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6311-CR-HUCK

MAGISTRATE JUDGE BROWN

**UNITED STATES OF AMERICA:**

       Plaintiff,   :

v.

                        :

**CLARENCE LARK
LARRY CRENSHAW,**   :
**WILLIAM GARCIA,
CURTIS NEWTON,**   :
**JOHN GALLO,
RICARDO MCHORNE**   :
**CHARLIE HALL,
KEITH LAMPKIN, and
LAWRENCE SEYMORE,**   :

       Defendants.   :

_____

### SHOW CAUSE MOTION ON ORDER TO SHOW CAUSE
### DATED MARCH 7, 2001

    **COMES NOW, CURTIS NEWTON,** by and through the undersigned attorney and files this Show Cause Motion On Order to Show Cause dated March 7, 2001.

    1. The cut-off dates for Motions by all defendants were due on February 12, 2001.

    2. The undersigned timely filed substantive motions for the Defendant.

    3. After the cut-off date the undersigned received numerous motions by co-defendant's counsels.



-1-

4. The undersigned was unable to adopt the motions of co-defendants until same were reviewed.

5. On February 26, 2001, the undersigned adopted seven (7) specific motions with particularity of the numerous motions filed by co-counsel.

7. The undersigned counsel did not want to adopt motions without verifying that they actually applied to the Defendant in good faith.

**WHEREFORE,** Defendant, **CURTIS NEWTON,** prays this Honorable Court accept the adoption of the Motion filed on February 26, 2001.

**RESPECTFULLY SUBMITTED:**

_____
**WILLIAM J. CONE, JR. ESQUIRE**
**514 S.E. 7th Street**
**Fort Lauderdale, Florida 3330**
**Phone: (954) 764-0570**
**Fla. Bar No.: 321516**

### CERTIFICATE OF SERVICE

I **CERTIFY** that a true and accurate copy of the foregoing was mailed to the individuals listed on the attached Service List on this 12th day of March, 2001.

_____
**WILLIAM J. CONE, JR., ESQUIRE**

-2-

UNITED STATES V. CURTIS NEWTON    CASE NO.: 00-6311-CR-HUCK

## SERVICE LIST

Michael J. Dittos, Esq.
United States Attorney's Office
7th Floor
500 East Broward Boulevard
Fort Lauderdale, Florida 33394

Paul D. Lazarus, Esquire
Paul D. Lazarus, P.A.
Penthouse Two
800 Brickell Avenue
Miami, Florida 33131

Donald I. Bierman
Bierman, Shohat, Loewy & Klein, P.A.
Penthouse Two
800 Brickell Avenue
Miami, Florida 33131

Guy Spiegleman, Esq.
Suite 400
28 West Flagler Street
Miami, Florida 33131

Reemberto Diaz, Esquire
1435 South Miami Avenue
Miami, Florida 33130

Larry Hanfield, Esquire
Suite 1130
4700 Biscayne Boulevard
Miami, Florida 33137

James D. Henderson, Esquire
Suite 1130
12121 Wilshire Boulevard
Los Angeles, California 90025

Martin R. Raskin, Esquire
Suite 206, Grove Forest Plaza
2937 Southwest 27th Avenue
Miami, Florida 33133

Steve Kassner, Esquire
Suite 303
815 Ponce de Leon Boulevard
Coral Gables, Florida 33134

Lehr & Gasalla, P.A.
Attorneys for Defendant Seymore
1401 Brickell Avenue, Suite 810
Miami, Florida 33131