00-6311.oe

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6311 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CURTIS NEWTON,

    Defendant.
_____/

FILED by _____ D.C.
MAG. SEC.

MAR 1 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### ORDER TO SHOW CAUSE

This Cause is before the Court on Defendant Curtis Newton's Motion to Adopt Motions Filed by Co-Defendants, filed February 26, 2001. This Court having reviewed the motion and the file, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. Within five (5) days of the date of this Order, Defendant shall show cause, in writing, why the above motion should not be stricken as untimely.

2. A courtesy copy of the above submission shall be delivered to the Chambers of the undersigned on or before the above date.

**DONE AND ORDERED** this 7th day of March, 2001 at Miami, Florida.

                        STEPHEN T. BROWN
                        U.S. MAGISTRATE JUDGE

cc:   Honorable Paul C. Huck
       counsel on attachment



Michael Dittoe, Esq. (AUSA)
Paul D. Lazurus, Esq.
James D. Henderson, Esq.
Donald I. Bierman, Esq.
William Cone, Esq.
Reemberto Diaz, Esq.
Martin R. Raskin, Esq.
Steve Kassner, Esq.
Larry R. Handfield, Esq.
Bruce H. Lehr, Esq.
Guy Spiegelman, Esq.