00-6311.og

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6311 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CURTIS NEWTON,

    Defendant.

_____/

FILED by _____ D.C.
MAG. SEC.

MAR 1 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER STRIKING MOTION

This Cause is before the Court on Defendant Curtis Newton's Motion to Adopt Motions Filed by Co-Defendants, filed February 26, 2001. This Court having reviewed the motion and the Defendant's response dated March 12, 2001, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Defendant has failed to show good cause for the failure to timely file the motion and the motion is therefore **STRICKEN** as untimely.

**DONE AND ORDERED** this 12th day of March, 2001 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        counsel on attachment

Michael Dittoe, Esq. (AUSA)
Paul D. Lazurus, Esq.
James D. Henderson, Esq.
Donald I. Bierman, Esq.
William Cone, Esq.
Reemberto Diaz, Esq.
Martin R. Raskin, Esq.
Steve Kassner, Esq.
Larry R. Handfield, Esq.
Bruce H. Lehr, Esq.
Guy Spiegelman, Esq.