UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CLARENCE LARK, Et Al.

    Defendants
_____/



## GOVERNMENT'S RESPONSE TO MOTION FOR BILL OF PARTICULARS FILED BY DEFENDANT NEWTON

Comes now the United States and hereby files its response to Defendant Newton's motion for a Bill of Particulars.

### I Introduction

The defendant has moved for a Bill of Particulars seeking disclosure of the specific times and dates of every narcotics distribution that occurred during the course of the conspiracy. As discussed below, the defendant is seeking the disclosure of the evidentiary details of the government's case. This is not required. In addition, the United States observes that it has disclosed in the discovery process summary charts that set forth many of the narcotics importations and distributions that occurred during the course of the conspiracy.

II <u>The Motion for a Bill of Particulars Should Be Denied</u>

The purpose of a bill of particulars is to inform the defendant of the charge in sufficient detail to enable to enable adequate defense preparation and to minimize surprise at trial and to enable the defendant to plead double jeopardy in a subsequent prosecution. <u>United States v. Anderson</u>, 799 F.2d 1438, 1441 (11th Cir. 1986)("Generalized discovery...is not an appropriate function of a bill of particulars and is not a proper purpose in seeking the bill."); <u>United States v. Warren</u>, 772 F.2d 827, 837 (11th Cir. 1985); <u>United States v. Colson</u>, 662 F.2d 1389, 1391 (11th Cir. 1981)).

Defendant Newton is seeking the disclosure of the specific locations where the criminal activity occurred and the identity of all co-conspirators. In a massive conspiracy case such as this, the disclosure of this type of evidentiary detail would create a <u>de facto</u> rule mandating open file discovery. This is neither the function nor the purpose of a Bill of Particulars. In <u>United States v. Colson</u>, the Eleventh Circuit affirmed a district court's denial for a Bill of Particulars that requested similar information now sought by Defendant Newton. 662 F.2d at 1391. The information requested by the defendant is the type of evidentiary detail that is not the proper subject of a motion for a bill of particulars.

III <u>Conclusion</u>

The Motion by Defendant Newton for a Bill of Particulars should be denied.

                    Respectfully submitted,
                    GUY A. LEWIS
                    UNITED STATES ATTORNEY

BY: *[signature]*
MICHAEL J. DITTOE
Assistant United States Attorney
Court ID #A5500209
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

BY: *[signature]*
TERRENCE THOMPSON
Assistant United States Attorney
Court ID #A5500063
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this /4 7th day of March, 2001 to:

Donald I. Bierman, Esq
Bierman, Shohat, Loewy & Klein, P.A.
800 Brickell Avenue, PH-2
Miami, FL 33131

(305) 358-7000
Attorney for Lark

Steve Kassner, Esq.
815 Ponce de Leon Blvd., Ste. 303
Coral Gables, FL 33134

(305) 461-2744
Attorney for Lampkin

Bruce H. Lehr, Esq.
1401 Brickell Ave., Ste. 810
Miami, FL 33131

(305) 377-1777
Attorney for Seymour

Larry Hanfield, Esq.
4770 Biscayne Blvd., Ste. 1200
Miami, FL 33137

(305) 576-1011
Attorney for Hall

Paul D. Lazarus, Esq.
800 Brickell Ave., PH-2
Miami, FL 33131

(305) 539-0606
Attorney for Crenshaw

Guy Speigelman, Esq.
28 W. Flagler St., Ste. 400
Miami, FL 33131

(305) 373-6634
Attorney for McHome

Reemberto Diaz, Esq.
1435 S. Miami Ave.
Miami, FL 33130

(305) 446-0001
Attorney for Hall

James D. Henderson, Esq.
12121 Wilshire Blvd., Ste. 1130
Los Angeles, CA 90025

(310) 478-3131
Attorney for Gallo

| | |
|---|---|
| Martin R. Raskin, Esq.<br>Grove Forest Plaza, Ste. 206<br>2937 S.W. 27 Ave.<br>Miami, FL 33133<br><br>(305) 444-3400<br>Attorney for Gallo | William J. Cone, Jr., Esq.<br>514 S.E. Seventh St.<br>Ft. Lauderdale, FL 33301<br><br>(954) 764-0570<br>Attorney for Newton |

*[signature]*

MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY