```
                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF FLORIDA
```

UNITED STATES OF AMERICA,                CASE NO. 00-6311-CR-HUCK

        Plaintiff,

vs.                                      NOTICE OF HEARING

CLARENCE LARK,
LARRY CRENSHAW,
WILLIAM GARCIA,
CURTIS NEWTON,
RICARDO MCHORNE,
CHARLIE HALL,
KEITH LAMPKIN,
LAWRENCE SEYMORE,

        Defendant.
_____/



FILED by ___ D.C.
APR 1 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

    PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a pretrial conference hearing on **Thursday, April 26, 2001, at 4:15 p.m.**, **all counsel are expected to be in attendance**, before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

    Dated: April 19, 2001

                      CLARENCE MADDOX, CLERK

                      By: _____
                          Valerie Thompkins,
                          Deputy Clerk

cc: all counsel of record
**"ALL COUNSEL MUST BE PRESENT"**