



#21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

COURTROOM MINUTES

HONORABLE PAUL C. HUCK, Presiding  Date 5/8/01

Cont'd from 5/7/01

Defendant 1. CLARENCE LARK            5. RICARDO MCHORNE
          2. LARRY CRENSHAW           6. _____
          3. CURTIS NEWTON            7. _____
          4. LAWRENCE SEYMORE         8. _____

Defense Counsel Donald Bierman, (&)    AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,   Terry Thompson

William Cone

Deputy Clerk VALERIE THOMPKINS    Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__  Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:   JURY XXX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 5/9/01 @ 8:30 Am

MISTRIAL DECLARED ___  NEW TRIAL ORDERED ___  TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____