DAY
# 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

FILED by _____ D.C.
DKTG

MAY 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

COURTROOM MINUTES

HONORABLE PAUL C. HUCK_____, Presiding  Date 5/9/01

Cont'd from 5/8/01

Defendant 1. CLARENCE LARK_____    5. RICARDO MCHORNE_____

2. LARRY CRENSHAW_____    6. _____

3. CURTIS NEWTON_____    7. _____

4. LAWRENCE SEYMORE_____    8. _____

Defense Counsel Donald Bierman, (&)    AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,    Terry Thompson

William Cone

Deputy Clerk VALERIE THOMPKINS    Reporter LARRY HERR_____

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__  Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:  JURY XXX    BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____  JURY TRIAL HELD XX CONTINUED TO 5/10/01

MISTRIAL DECLARED ____  NEW TRIAL ORDERED ____  TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____ SEALED_____