DAY #6

FILED by V D.C.

MAY 14 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

### COURTROOM MINUTES

HONORABLE PAUL C. HUCK          , Presiding   Date 5/14/01

Cont'd from 5/11/01

Defendant 1. CLARENCE LARK          5. RICARDO MCHORNE

2. LARRY CRENSHAW          6. _____

3. CURTIS NEWTON          7. _____

4. LAWRENCE SEYMORE          8. _____

Defense Counsel Donald Bierman, (&)    AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,    Terry Thompson

William Cone

Deputy Clerk VALERIE THOMPKINS    Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order  Grant__   Deny__   Adv.__

TRIAL:   JURY XXX    BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __  CONTINUED TO __/__/__

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____  JURY TRIAL HELD XX CONTINUED TO 5/15/01

MISTRIAL DECLARED ____   NEW TRIAL ORDERED ____  TRIAL ENDS ____

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

278