DAM #8

FILED MAY 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

## COURTROOM MINUTES

HONORABLE PAUL C. HUCK , Presiding   Date 5/16/01

Cont'd from 5/15/01

Defendant 1. CLARENCE LARK           5. RICARDO MCHORNE

2. LARRY CRENSHAW           6. _____

3. CURTIS NEWTON            7. _____

4. LAWRENCE SEYMORE         8. _____

Defense Counsel Donald Bierman, (&)    AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,    Terry Thompson

William Cone

Deputy Clerk VALERIE THOMPKINS    Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__  Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:  JURY XXX  BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 5/17/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

# CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA


FILED by V.T. D.C.
MAY 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### HONORABLE
### PAUL C. HUCK

==================================================================

CASE NO. 01-955-CR                         DATE    5-16-2001

CLERK   Valerie Thompkins              REPORTER  LARRY HERR

USPO                                   INTERPRETER

    UNITED STATES OF AMERICA   vs.  JUANA RODRIGUEZ, ELIO DIAZ,

RAUL MARTIN-ACOSTA, RAUL SOTO

AUSA  DARRIN GAYLES                    DEFENSE CSL. JESUS BUJAN,

ABE BAILEY, GUSTAVO GARCIA-MONTES, GREG PREBISH

Defendant(s) Present_____ Not Present XXX  In Custody_____

TYPE OF HEARING CALENDAR CALL

RESULT OF HEARING Change of Plea Set for "Defendants" Juana Rodriguez (+) Elio Diaz for 5-17-01 @ 3pm

As to defendant's Raul Martin-Acosta (+) Raul Soto Defense motion to Continue is hereby Denied Court set both defendants for Trial the 2nd WK beginning 5-30-01

==================================================================

### NEW DATES SET BY COURT

Defense P/T/Motions  _____     Trial Date _____

Govt. Resp to P/T/Motions_____ Further S/C _____

Change of Plea _____