FILED by _____ D.C.

MAY 18 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

DAC1
#10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

## COURTROOM MINUTES

HONORABLE PAUL C. HUCK _____ , Presiding   Date 5/18/01

Cont'd from   5/17/01

Defendant 1. CLARENCE LARK _____   5. RICARDO MCHORNE _____

2. LARRY CRENSHAW _____   6. _____

3. CURTIS NEWTON _____   7. _____

4. LAWRENCE SEYMORE _____   8. _____

Defense Counsel Donald Bierman, (&) ____   AUSA Michael Dittoe (&) ____

Paul Lazarus, Bruce Lehr, Guy Spiegleman,   Terry Thompson _____

William Cone

Deputy Clerk VALERIE THOMPKINS ____   Reporter LARRY HERR _____

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order  Grant__   Deny__   Adv.__

_____

TRIAL:  JURY XXX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __  CONTINUED TO __/__/__

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____  JURY TRIAL HELD XX CONTINUED TO 5/21/01

MISTRIAL DECLARED ____   NEW TRIAL ORDERED ____  TRIAL ENDS __  C 8 30 A

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____