UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CLARENCE LARK, et al.

    Defendants
_____/

## SUPPLEMENTAL BRADY DISCLOSURE

Comes now the Unites States, and hereby files its further supplemental disclosure under <u>Brady v. Maryland</u> and its progeny.

The witness Willie Jackson testified that he was informed by the defendant Clarence Lark that the former Crowley manger Joe Shea informed him of the existence of a investigation into narcotics distribution at Port Everglades. Mr. Shea has denied

that he disclosed the existence of the investigation.

                        Respectfully submitted,

                        GUY A. LEWIS
                        UNITED STATES ATTORNEY

BY: *[signature]*
MICHAEL J. DITTOE
Assistant United States Attorney
Court ID #A5500209
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

BY: *[signature]*
TERRENCE THOMPSON
Assistant United States Attorney
Court ID # A5500063
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered in open court this 18h day of May, 2001 to the below listed counsel:

| | |
|---|---|
| Donald I. Bierman, Esq | Paul D. Lazarus, Esq. |
| Bierman, Shohat, Loewy & Klein, P.A. | 800 Brickell Ave., PH-2 |
| 800 Brickell Avenue, PH-2 | Miami, FL 33131 |
| Miami, FL 33131 | |
| | |
| (305) 358-7000 | (305) 539-0606 |
| Attorney for Lark | Attorney for Crenshaw |
| | |
| Guy Speigelman, Esq. | Bruce H. Lehr, Esq. |

2

28 W. Flagler St., Ste. 400
Miami, FL 33131

(305) 373-6634
Attorney for McHorne

William J. Cone, Jr., Esq.
514 S.E. Seventh St.
Ft. Lauderdale, FL 33301

(954) 764-0570
Attorney for Newton

1401 Brickell Ave., Ste. 810
Miami, FL  33131

(305) 377-1777
Attorney for Seymore



_____
MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY

_____
TERRENCE THOMPSON
ASSISTANT UNITED STATES ATTORNEY