FILED by ___ D.C.
MAY 23 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DA(?) # 13

CASE # 00-6311-CR

## COURTROOM MINUTES

HONORABLE PAUL C. HUCK, Presiding   Date 5/23/01

Cont'd from 5/22/01

Defendant 1. CLARENCE LARK            5. RICARDO MCHORNE
           2. LARRY CRENSHAW          6. _____
           3. CURTIS NEWTON           7. _____
           4. LAWRENCE SEYMORE        8. _____

Defense Counsel Donald Bierman, (&)   AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,   Terry Thompson

William Cone

Deputy Clerk VALERIE THOMPKINS   Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion _____

by _____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY XXX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 5/24/01

MISTRIAL DECLARED ____   NEW TRIAL ORDERED ____   TRIAL ENDS ____

DISMISSED COUNTS _____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____