D#14


FILED by DC D.C.
MAY 24 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

## COURTROOM MINUTES

HONORABLE PAUL C. HUCK, Presiding    Date 05/24/01

Cont'd from 05/23/01

Defendant  1. CLARENCE LARK         5. RICARDO MCHORNE
           2. LARRY CRENSHAW        6. ___
           3. CURTIS NEWTON         7. ___
           4. LAWRENCE SEYMORE      8. ___

Defense Counsel Donald Bierman, (&)    AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,    Terry Thompson

William Cone

Deputy Clerk DEBORAH CHRISTIAN    Reporter LARRY HERR

Calendar Call Held __ Non-appearance of Deft/Bench Warrant issued __

Begin Fugitive Interval __    Oral Motion _____

by _____

Oral Order  Grant __  Deny __  Adv. __

TRIAL:  JURY XXX    BENCH ___

BENCH TRIAL BEGINS __  BENCH TRIAL HELD __  CONTINUED TO _/_/_

VOIR DIRE BEGINS __  JURY SELECTION CONTD. __  JURY IMPANELED __

JURY TRIAL BEGINS ___  JURY TRIAL HELD XX  CONTINUED TO 05/25/01

MISTRIAL DECLARED ___  NEW TRIAL ORDERED ___  TRIAL ENDS ___

DISMISSED COUNTS _____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____