DAH
#16

FILED by JMC D.C.
MAY 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR

COURTROOM MINUTES

HONORABLE PAUL C. HUCK, Presiding  Date 05/29/01

Cont'd from 05/25/01

Defendant 1. CLARENCE LARK        5. RICARDO MCHORNE
           2. LARRY CRENSHAW      6. _____
           3. CURTIS NEWTON       7. _____
           4. LAWRENCE SEYMORE    8. _____

Defense Counsel Donald Bierman, (&)    AUSA Michael Dittoe (&)

Paul Lazarus, Bruce Lehr, Guy Spiegleman,    Terry Thompson

William Cone

Deputy Clerk DEBORAH Christian  Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

                             by_____

              Oral Order  Grant__  Deny__  Adv.__

------------------------------------------------------------
              TRIAL:   JURY XXX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 05/30/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___  TRIAL ENDS ___

DISMISSED COUNTS_____

            __ COURT MOT  __ GOVT. MOT  __ DEFT. MOT     297

COURT JUDGMENT OF ACQUITTAL Cts #_____

```
JUDGMENT/VERDICT OF NOT GUILTY   Cts #_____

DEFENDANT DISCHARGED/ACQUITTED  _____

JUDGMENT/VERDICT OF GUILTY   Cts #_____

JURY VERDICT SET ASIDE ___

BAIL PENDING APPEAL SET AT  _____

SENTENCING SET FOR ___/___/___ AT _____        NOTICE SERVED __
```

JURORS

```
1._____   5._____   9._____

2._____   6._____   10._____

3._____   7._____   11._____

4._____   8._____   12._____

Alternate #1._____   Alternate #2._____

Alternate #3._____   Alternate #4._____
```

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

Jury Deliberation will began 5-30-01