UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6311-Cr-HUCK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CLARENCE LARK, et al.

       Defendant.
_____/



FILED by ____ D.C.

MAY 30 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## FORM OF VERDICT

We the jury in the above entitled case unanimously return the following verdicts as to the following defendants:

**COUNT 1- 18 U.S.C. 1962 (d) (Rico Conspiracy)**

1. CLARENCE LARK

_____ GUILTY          ___✓___ NOT GUILTY

2. LARRY CRENSHAW

_____ GUILTY          ___✓___ NOT GUILTY

1



COUNT 2 - 21 U.S.C. 963 (Narcotics Importation Conspiracy)

1. CLARENCE LARK

_____ GUILTY        \_\_✓\_\_ NOT GUILTY

If you find the defendant Clarence Lark not guilty you should go on to the next defendant. If you find the defendant Clarence Lark guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant Clarence Lark guilty of the crime charged in Count 2 of the indictment make the following special findings beyond a reasonable doubt:

a. Did the defendant Clarence Lark's offense involve 5 kilograms or more of mixture or substance containing a detectable amount of cocaine?

_____ YES        _____ NO

b. Did the defendant Clarence Lark's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES                    _____ NO


2.  CURTIS NEWTON

_____ GUILTY                 ____✓_____ NOT GUILTY

If you find the defendant Curtis Newton not guilty you should go on to the next defendant. If you find the defendant Curtis Newton guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant Curtis Newton guilty of the crime charged in Count 2 of the indictment make the following special findings beyond a reasonable doubt:

a.  Did the defendant Curtis Newton's offense involve 5 kilograms or more of mixture or substance containing a detectable amount of cocaine?


_____ YES                    _____ NO


b.  Did the defendant Curtis Newton's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES                    _____ NO

3

3. LAWRENCE SEYMORE

_____GUILTY          \_\_\_✓\_\_\_NOT GUILTY

If you find the defendant Lawrence Seymore not guilty you should go on to the next defendant. If you find the defendant Lawrence Seymore guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant Lawrence Seymore guilty of the crime charged in Count 2 of the indictment make the following special findings beyond a reasonable doubt:

a. Did the defendant Lawrence Seymore's offense involve 5 kilograms or more of mixture or substance containing a detectable amount of cocaine?

_____ YES          _____ NO

b. Did the defendant Lawrence Seymore's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES                           _____ NO

**COUNT 3 - 21 U.S.C. 846 (Narcotics Distribution conspiracy)**

1. CLARENCE LARK

_____ GUILTY                        \_\_\_✓\_\_\_ NOT GUILTY

If you find the defendant Clarence Lark not guilty you should go on to the next defendant. If you find the defendant Clarence Lark guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant Clarence Lark guilty of the crime charged in Count 3 of the indictment make the following special findings beyond a reasonable doubt:

a. Did the defendant Clarence Lark's offense involve 5 kilograms or more of mixture or substance containing a detectable amount of cocaine?

_____ YES                           _____ NO

5

b. Did the defendant Clarence Lark's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES                    _____ NO

2. CURTIS NEWTON

_____ GUILTY        _____ NOT GUILTY

If you find the defendant Curtis Newton not guilty you should go on to the next defendant. If you find the defendant Curtis Newton guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant Curtis Newton guilty of the crime charged in Count 3 of the indictment make the following special findings beyond a reasonable doubt:

a. Did the defendant Curtis Newton's offense involve 5 kilograms or more of mixture or substance containing a detectable amount of cocaine?

_____ YES                    _____ NO

b. Did the defendant Curtis Newton's offense involve 1000

kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES                          _____ NO


3.    LAWRENCE SEYMORE

_____ GUILTY                       ___✓_____ NOT GUILTY

If you find the defendant Lawrence Seymore not guilty you should go on to the next defendant. If you find the defendant Lawrence Seymore guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant Lawrence Seymore guilty of the crime charged in Count 3 of the indictment make the following special findings beyond a reasonable doubt:

a. Did the defendant Lawrence Seymore's offense involve 5 kilograms or more of mixture or substance containing a detectable amount of cocaine?

_____ YES                          _____ NO

b. Did the defendant Lawrence Seymore's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES            _____ NO

4. RICARDO McHORNE

If you find the defendant Ricardo McHorne not guilty you should go on to the next defendant. If you find the defendant Ricardo McHorne guilty of the crime charged, then you should make the following special finding beyond a reasonable doubt.

_____ GUILTY            \_\_\_\_✓\_\_\_ NOT GUILTY

We the jury having found the defendant Ricardo McHorne guilty of the crime charged in Count 3 of the indictment make the following special finding beyond a reasonable doubt;

Did the defendant Ricardo McHorne's offense involve 5 kilograms or more of mixture or substance containing a detectable amount of cocaine?

_____ YES                    _____ NO

COUNT 4 - 18 U.S.C. 1956 (h)  (Money Laundering Conspiracy)

   1.  CLARENCE LARK

_____ GUILTY                 ____✓_____ NOT GUILTY

   2.  LARRY CRENSHAW

_____ GUILTY                 ____✓_____ NOT GUILTY

COUNT 6 - 18 U.S.C. 1956 (Substantive Money Laundering)

   CLARENCE LARK

_____ GUILTY                 ____✓_____ NOT GUILTY

COUNT 7 - 18 U.S.C. 1956 (Substantive Money Laundering)

   CLARENCE LARK

9

_____ GUILTY            ___✓___ NOT GUILTY

**COUNT 8 - 18 U.S.C. 1956 (Substantive Money Laundering)**

CLARENCE LARK

_____ GUILTY            ___✓___ NOT GUILTY

**COUNT 9 - 18 U.S.C. 1956 (Substantive Money Laundering)**

CLARENCE LARK

_____ GUILTY            ___✓___ NOT GUILTY

**COUNT 10 - 18 U.S.C. 1956 (Substantive Money Laundering)**

CLARENCE LARK

_____ GUILTY            ___✓___ NOT GUILTY

**COUNT 11 - 18 U.S.C. 1956 (Substantive Money Laundering)**