UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CURTIS NEWTON,

    Defendant.
_____/



## JUDGMENT OF ACQUITTAL

The above-entitled cause having come on for trial, and the jury having found the defendant not quilty as to counts 2 thru 3 and counts 42 thru 43 Judgment of Acquittal is entered herein as to the Defendant, CURTIS NEWTON, on Counts 2 thru 3 and Counts 42 thru 43 of the Indictment.

ORDERED AND ADJUDGED that the defendant be discharged to go hence without day for return and exonerated of bond, if any, as to the count(s) hereinabove specified.

DONE AND ORDERED at Miami, Florida, this 31st day of May 2001

                              PAUL C. HUCK
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF FLORIDA

cc: all counsel of record
    U. S. Marshal Service
    U. S. Probation Office
    U. S. Pretrial Services